FILED
JAMES BONINI
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

2012 MAR 20 PH 3: 53

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : **2 : 12 cr 57** |
| | : CASE No. |
| vs. | : |
| | : JUDGE |
| PATRICK M. MAHONEY | : |
| | : |
| | : 18 U.S.C. § 2251(a) & (e) |
| | : 18 U.S.C. § 2252(a)(2) and (b)(1) |
| | : 18 U.S.C. § 2253(a)(1)and (3) |
| | : 18 U.S.C. § 2422(b) |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about February 17, 2012, in the Southern District of Ohio, the defendant,

**PATRICK M. MAHONEY**, did knowingly attempt to employ, use, persuade, induce, entice, or

coerce a minor, that is, an individual that the defendant believed to be a 15-year-old female, to

engage in sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, using materials that had been mailed, shipped, and transported in and affecting interstate

and foreign commerce by any means, that is, a Samsung cellular phone, which was manufactured

in whole or in part, outside of the state of Ohio.

In violation of 18 U.S.C. § 2251(a) & (e).

1

## COUNT TWO

On or about February 15, 2012 through February 17, 2012, in the Southern District of

Ohio, the defendant, **PATRICK M. MAHONEY**, did knowingly use a means or facility of

interstate commerce, that is, the Internet, to attempt to persuade, induce or entice an individual

whom the defendant believed to be a 15-year-old female, to engage in any sexual activity for

which the defendant can be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## COUNT THREE

On or about February 14, 2012, in the Southern District of Ohio, the defendant,

**PATRICK M. MAHONEY**, did knowingly distribute visual depictions, using any means or

facility of interstate or foreign commerce, including by computer and the Internet, the production

of such visual depictions having involved the use of minors engaging in sexually explicit

conduct, and such depictions being of such conduct, to wit:

**FILE NAME:** (PTHC) 5yo Kait dad excatasy - Kathie getting a mouthful of my cum.avi

**FILE NAME:** Phantom Production 2002 Preteen Pedo Little Boys 5yo to 12 yo kids Childs
             Nude Kdv Rbv Shx Fenerbahce Rizmaster Gay Sex Vip

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT FOUR

On or about February 14, 2012, in the Southern District of Ohio, the defendant,

**PATRICK M. MAHONEY**, did knowingly distribute visual depictions, using any means or

facility of interstate or foreign commerce, including by computer and the Internet, the production

of such visual depictions having involved the use of minors engaging in sexually explicit

2

conduct, and such depictions being of such conduct, to wit:

**FILE NAME:** Kgirl 8yo_Sucking & Trying Fuck.avi

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT FIVE

On or about February 13, 2012, in the Southern District of Ohio, the defendant,

**PATRICK M. MAHONEY**, knowingly received and attempted to receive one or more visual

depictions using any means or facility of interstate or foreign commerce, including by computer

and the Internet, the production of such visual depictions having involved the use of minors

engaging in sexually explicit conduct, and such depictions being of such conduct, to wit:

**FILE NAME:** ! 2yo +mom+dad..-4wmv.

In violation of 18 U.S.C. § 2252(a)(2) and (b) (1).

## COUNT SIX

On or about February 17, 2012, in the Southern District of Ohio, the defendant,

**PATRICK M. MAHONEY**, knowingly possessed one or more visual depictions that had been

transported using any means or facility of interstate or foreign commerce, including the Internet,

the production of such visual depictions having involved the use of minors engaging in sexually

explicit conduct, and such depictions being of such conduct, to wit:

**FILE NAME:** You know 029.jpg

**FILE NAME:** 34815_115673018500346_100001729461414_95189_5475348_n.jpg

**FILE NAME:** ghfgfgfgfg.bmp

In violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE A

The allegations of Counts One through Six of this Indictment are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offense alleged in Counts One through Six of this Indictment, and upon conviction thereof, Defendant **PATRICK M. MAHONEY** shall forfeit to the United States:

(a)  all matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and,

(b)  all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including the following:

1. One (1) Acer laptop computer, serial # LXRJW02007147184431601;
2. One (1) Toshiba laptop computer, serial # 292000770;
3. One (1) Micro SD card with reader;
4. One (1) Samsung cellular phone.

In violation of 18 U.S.C. § 2253(a)(1) and (3).

A TRUE BILL.

_s/FOREPERSON_
FOREPERSON

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS (0023428)
Columbus Branch Chief