UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

        v.                                    Case No. 2:12cr57

Patrick Mahoney,                      Judge Michael H. Watson

    Defendant.

**CRIMINAL MINUTES before**
**United States District Judge Michael H. Watson**

**Courtroom Deputy:** Jennifer Kacsor
**Court Reporter:** Darla Coulter
**Date:** May 2, 2012  **Time:** Commenced 2:00  Concluded 2:40  Total 40 mins

United States Attorney: __Michael Hunter/Catherine Russo__  Defendant Attorney: __Jose Velez__

**Court Proceeding:** Change of Plea - Dft Pleads Guilty to: Count(s) __2, 3__ of Indictment

✓ Counsel present.           ___ Waiver of Indictment signed / executed in open court.

✓ Deft sworn.

✓ Court questions Deft regarding his competency to enter a plea of guilty.

✓ Plea Agreement summarized by AUSA _____.

✓ SA _____ presents Statement of Facts. Agent Sworn.

✓ Court reviews Defendant's rights regarding sentencing under the US Sentencing Commission Guidelines, rights to trial and appeal.

✓ Deft pleads guilty

✓ Court accepts Deft's Plea

✓ PSI ordered by Court.

✓ Sentencing set for a future date pursuant to the Court's receipt of the final PSI.

✓ Issue of Bond Reviewed. (Custody)

___ Current Detention Status to remain in effect.

___ Additional Comments.

Remarks: [ ] Awaiting initial PSI transmittal