UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.

Patrick Mahoney,
    Defendant.

Case No. __2:12cr57__
Judge Michael H. Watson

**CRIMINAL SENTENCING MINUTES**
before
**Judge Michael H. Watson**

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Darla Coulter**
Date: **October 10, 2012**    Time: **Commenced** 11:25 **Concluded** 1:10 **Total** 1 hour, 45 mins.

United States Attorney: __Heather Hill__    Defendant Attorney: __Jose Velez__

✓ Dft plead to Count(s) __2, 3__ of Indictment - Information
✓ Motion filed by USAO to dismiss Count(s) __1, 4-6__ of Indictment

### Procedure:

✓ Sentencing
___ Deft Sworn
___ Supervised Release Violation hearing held.
✓ PSI reviewed by the parties.
✓ No Objections ___ Objections ___ Plaintiff ___ Defendant
✓ Considered for sentencing (___ letter(s) from _____; ___ sentencing memo from _____;
___ other _____
___ Motion filed by USA for downward departure. ___ Side bar held. ___ Court ordered in open Court _____
✓ Informed of Defendant's Right to Appeal
___ Clerk to Prepare Appeal Notice

### Sentencing:
✓ Defendant sentenced.
___ Probation ___ Years
✓ Custody __360__ Months (remanded/vol sur.)
✓ Supervised Release __15__ Years ( ___ Mo.)
✓ Standard/Special Conditions of Sup'd Rel/Probation

✓ Fine $ __500.00__ (interest waived)
✓ Special Assessment $ __200.00__
___ Restitution $ _____
✓ Forfeiture (see J&C)
___ See J&C for Special Instructions re: payment
___ Denial of Benefits (see J&C)

| ✓ No firearms, etc & Collect in DNA | ___ Home Confinement (___ Months) | ___ No access to computer online service | ___ Turn over financial info to USPO |
|---|---|---|---|
| ___ No new lines of credit | ✓ Register as a sex offender | ___ Credit counseling | ___ Obtain GED |
| ___ Community Service (___ months) | ___ No alcohol | ✓ Mental Health Treatment | ✓ drug testing and treatment |
| ___ IFRP | ✓ 500 Hour Residential Drug Treatment Program | ___ Non-Residential Drug Treatment Program | ✓ Court to recommend facility near FMC Devens |