UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Patrick Mahoney,**

    **Petitioner,**

    **v.**

**United States of America,**

    **Respondent.**

Case No. 2:14–cv–1463
Case No. 2:12–cr–57

Judge Michael H. Watson
Magistrate Judge King

## ORDER

On January 13, 2016, Magistrate Judge King recommended the Court dismiss Petitioner's motion to vacate his sentence under 28 U.S.C. § 2255. Report and Recommendation ("R&R") 3–14, ECF No. 58. She also recommended the Court deny Petitioner's request for a certificate of appealability. *Id.* at 14–15.

Magistrate Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 15. Magistrate Judge King specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* at 15. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 58. The Court **DISMISSES** Petitioner's motion to vacate, ECF No. 46, and **DENIES** his request for a certificate of appealability.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**