UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patrick Mahoney,

    Petitioner,

v.

United States of America,

    Respondent.

Civ. No. 2:14-cv-1463
Crim. No. 2:12-cr-0057
JUDGE MICHAEL H. WATSON
Magistrate Judge King

## ORDER

On April 28, 2017, the Magistrate Judge recommended that the *Petition for Audita Querela*, ECF No. 65, be denied. *Report and Recommendation*, ECF No. 66. Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF No. 66, is **ADOPTED** and **AFFIRMED**. The *Petition for Audita Querela*, ECF No. 65, is **DENIED**.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON
United States District Judge